UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| RHONDA P. BROWN,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant | Civil No. 3:11-CV-05030-RBL-JRC<br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

　　　Based on the motion by Defendant (ECF No. 19) and without objection from Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before June 14, 2011;

- Plaintiff shall file the Optional Reply Brief on or before June 28, 2011; and

- Oral argument, if desired, shall be requested by July 5, 2011.

　　　DATED this 16th day of May, 2011.

　　　　　　　　　　　　　　　　　　　／s／ J. Richard Creatura
　　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　ORDER - [3:11-CV-05030-RBL-JRC]