1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RHONDA P. BROWN | CASE NO.  11-05030 RBL |
| Plaintiff, | REPORT AND RECOMMENDATION ON STIPULATED MOTION TO REMAND |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28

U.S.C. § 636(b)(1)(B) and Local Magistrate Judge Rule MJR 4(a)(4), and as authorized by

Mathews, Secretary of H.E.W. v. Weber, 423 U.S. 261 (1976).  This matter is before the Court

on the parties' stipulated motion to remand the matter to the administration for further

consideration.  (ECF No. 22.)

After reviewing the parties' stipulated motion and the remaining record, the undersigned

recommends that the Court grant the parties' motion, and reverse and remand this matter to the

Commissioner.

On remand, the administrative law judge should conduct a *de novo* hearing and issue a

new decision. Specifically, the administrative law judge on remand should 1) accept any updates

REPORT AND RECOMMENDATION - 1

to the record regarding Plaintiff's impairments; 2) give further consideration to medical evidence opinions in light of the new evidence submitted to the Appeals Council; 3) give further consideration to Plaintiff's credibility; 4) give consideration to lay witness evidence; 5) give further consideration to Plaintiff's residual functional capacity; 6) discuss how and whether the implied conflict of interest arising from Dr. Carla van Dam serving as the consultative examiner in this claim has been resolved in light of her present and/or past performance as a medical reviewer; and, 7) continue with the remaining steps of the sequential evaluation, obtaining additional testimony from a vocational expert consistent with the Dictionary of Occupational Titles regarding the erosion of the occupational base caused by the claimant's assessed limitations; or, if inconsistent, obtain an explanation for the deviation.  Additionally, the ALJ should associate Plaintiff's subsequently filed claims with this claim and issue a new decision on all associated claims. The parties have stipulated that plaintiff may be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), following proper request to the Court.

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).  See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

DATED at this 1st day of June, 2011.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2